456 A.2d 1103

Commonwealth v. Herminzek, Appellant.

Submitted April 26, 1982. Timothy J. McCormick, for appellant; John Edward Blahovec, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, MONTEMURO and POPOVICH, JJ.

Judgment of sentence affirmed.